IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
        v.                        )        CIVIL ACTION NO. 2:05cv171-T
                                  )                      WO
BRIAN McKEE                       )

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the movant, Brian

McKee, on April 21, 2005 (Doc. 8), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that the movant be GRANTED an extension from April 22, 2005, to and

including June 20, 2005, to file a reply to the government's response to the movant's 28

U.S.C. § 2255 motion in compliance with this court's order entered on April 6, 2005.

DONE, this 26th day of April, 2005.


                                  /s/ Susan Russ Walker
                                  SUSAN RUSS WALKER
                                  UNITED STATES MAGISTRATE JUDGE