IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv171-T |
| | ) | WO |
| BRIAN McKEE | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the movant, Brian McKee, on December 19, 2005 (Doc. 16), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the movant be GRANTED an extension from December 19, 2005, to and including February 17, 2006, to file a reply to the government's response to the movant's 28 U.S.C. § 2255 motion in compliance with this court's order entered on April 6, 2005.

DONE, this 6th day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE